Edith BOBE, Plaintiff in Error, v. LLOYD'S, a Corporation, Sued as Treasurer of Lloyd's Underwriters' Syndicate No. 670 and Lloyd's Underwriters' Syndicate No. 671, etc., Defendant in Error (Appearing Specially).

Circuit Court of Appeals, Second Circuit. June 18, 1928.

No. 340.

In Error to the District Court of the United States for the Southern District of New York.

William Otis Badger, Jr., of New York City (Alfred L. Pitts, of Brooklyn, N. Y., of counsel), for plaintiff in error.

Barry, Wainwright, Thacher & Symmers, of New York City (Herbert Barry and James K. Symmers, both of New York City, of counsel), for defendant in error Lloyd's.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order (27 F.[2d] 340) affirmed.